UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHRISTINE K. PHILIPS,

    Plaintiff,

v.

                      Case No. 21-cv-143-pp

LEICA BIOSYSTEMS RICHMOND, INC.,

    Defendant.

---

**ORDER APPROVING STIPULATION FOR DISMISSAL (DKT. NO. 17)**

---

On December 1, 2021, the parties filed a Stipulation for Dismissal. Dkt. No. 17. The court **APPROVES** the parties' stipulation and **ORDERS** that this case is **DISMISSED WITH PREJUDICE** and without costs to either party.

Dated in Milwaukee, Wisconsin this 2nd day of December, 2021.

                      **BY THE COURT:**

                      _____
                      **HON. PAMELA PEPPER**
                      **Chief United States District Judge**